UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| DEANNA BRANAUGH and MOLLY THAYER,<br><br>               Plaintiffs,<br><br>v.<br><br>BOLIVER WITTERN and DERBY TRUCKING, LLC,<br><br>               Defendants. | Case No. 22-4037<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiffs, by and through their counsel, Cutler Law Firm, LLP, for their causes of action against the above-named Defendants, state and allege as follows:

### THE PARTIES

1. Plaintiffs Deanna Branaugh and Molly Thayer are mother and daughter and are residents of South Dakota.

2. At all times relevant, Defendant Derby Trucking, LLC was an Iowa Corporation with its principal place of business in Iowa.

3. Upon information and belief, Defendant Boliver Wittern was at all times relevant a resident of Sioux City, Iowa, and an employee of Derby Trucking acting within the scope of his employment or agency.

### JURISDICTION AND VENUE

4. The amount in controversy between each of the Plaintiffs and each of the Defendants exceeds the sum of $75,000, exclusive of interest and costs.

5. Jurisdiction of this Court is conferred by 28 USC § 1332.

## FACTUAL BASIS

6. On or about September 24, 2020, Plaintiff Deanna Branaugh was driving a 2018 Chevrolet Equinox northbound on South Dakota Highway 37 near its intersection with South Dakota Highway 46 in Bon Homme County, South Dakota.

7. Plaintiff Molly Thayer was a passenger in the vehicle driven by Deanna Branaugh.

8. South Dakota Highway 37 is a two-way, undivided roadway with a posted speed limit of 65 miles per hour.

9. Defendant Wittern was driving a 2020 International semi-tractor and trailer southbound on South Dakota Highway 37.

10. Defendant Wittern began to make a left turn onto South Dakota Highway 46 and pulled directly into the path of the vehicle in which the Plaintiffs were traveling.

11. Defendant Wittern failed to yield to Plaintiffs' vehicle.

12. Defendant Wittern collided with Plaintiffs' vehicle at the intersection of Highway 37 and Highway 46.

13. The South Dakota Highway Patrol was notified of the crash and Trooper Emily Brigham responded to the scene.

14. Trooper Brigham noted in her report that Defendant Wittern began a left turn when Plaintiff Deanna Branaugh's vehicle was only a short distance away and traveling the speed limit of 65 miles per hour.

15. Deanna Branaugh was at all times operating her vehicle in a safe and lawful manner for the road conditions and despite taking reasonable evasive action was unable to avoid the collision with Defendant Wittern, who appeared suddenly and without warning in Plaintiffs' lane of travel.

16. Trooper Brigham issued a citation to Defendant Wittern for failure to yield to right-of-way in violation of SDCL § 32-26-19.

17. Plaintiffs were transported to Avera St. Michael's Hospital in Tyndall, South Dakota for treatment of their injuries.

18. As a direct and proximate result of Defendant Wittern's actions, Plaintiffs sustained the damages described herein, for which Defendant Wittern and Defendant Derby Trucking are liable.

### COUNT 1: NEGLIGENCE

19. Plaintiffs reallege the preceding paragraphs of this Complaint and incorporate them by reference as if fully set forth herein.

20. Defendant Wittern operated his vehicle in a negligent and careless manner, including, but not limited to: (a) driving without due caution; (b) failing to keep a proper watch; (c) failure to yield; (d) reckless and/or careless driving; and (e) operating his vehicle without regard to the presence or physical safety of Plaintiffs.

21. As a direct and proximate result of Defendant Wittern's negligence, Plaintiffs suffered injuries that are permanent and disabling which required medical treatment and resulted in medical expenses.

22. As a direct and proximate result of Defendant's negligence, Plaintiffs have experienced and will experience in the future, physical pain, suffering, mental anguish, loss of enjoyment of life, disability, emotional distress, and embarrassment.

23. As a direct and proximate result of Defendant's negligence, Plaintiffs have incurred, and will likely incur in the future, expenses for medical care, lost income and other expenses.

## COUNT 2: NEGLIGENCE PER SE

24. Plaintiffs reallege the preceding paragraphs of this Complaint and incorporate them by reference as if fully set forth herein.

25. Law enforcement cited Defendant Wittern for violating SDCL § 32-26-19 because he failed to yield to Plaintiffs.

26. SDCL § 32-26-19 is designed to protect the public safety of travelers on public roads and highways.

27. Plaintiffs are a member of a class of people meant to be protected by SDCL § 32-26-19.

28. Defendant's conduct constitutes negligence as a matter of law.

29. As a direct and proximate result of Defendant's negligence, Plaintiffs suffered injuries that are permanent and disabling which required medical treatment and resulted in medical expenses.

30. As a direct and proximate result of Defendant's negligence, Plaintiffs have experienced, and will experience in the future, physical pain, suffering, mental anguish, loss of enjoyment of life, disability, emotional distress, and embarrassment.

31. As a direct and proximate result of Defendant's negligence, Plaintiffs have incurred, and will likely incur in the future, expenses for medical care, lost income and other expenses.

## COUNT 3: NEGLIGENCE PER SE

32. Plaintiffs reallege the preceding paragraphs of this Complaint and incorporate them by reference as if fully set forth herein.

33. The crash and resulting injuries and damages to Plaintiffs were caused solely by the negligence of Defendant Wittern.

34. Defendant Wittern was operating his vehicle on behalf of Defendant Derby Trucking.

35. The crash with Plaintiffs occurred within the course and scope of Defendant Wittern's employment with Defendant Derby Trucking.

36. Defendant Wittern was operating his vehicle for the benefit of, or in furtherance of the interests of, Defendant Derby Trucking.

37. Defendant Wittern's actions when he struck Plaintiffs' vehicle were reasonably foreseeable and thus imputable to Defendant Derby Trucking under the doctrine of respondeat superior.

38. As a result of Defendant Wittern's negligence, Defendant Derby Trucking is vicariously liable for Defendant Wittern's negligent acts.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request a judgment against Defendants as follows:

1. For full and fair compensatory, general, and special damages in an amount which the jury determines is just and proper to compensate Plaintiffs for all injuries sustained as a result of Defendants' conduct;

2. For Plaintiffs' costs and disbursements herein;

3. For interest as allowed by law; and

4. For any other and further relief which the Court determines is just and proper.

<u>**PLAINTIFFS DEMAND TRIAL BY JURY**</u>

Dated this 14th day of March, 2022.

                                          CUTLER LAW FIRM, LLP

                                          _____
                                          Michael D. Bornitz
                                          Abigale M. Farley
                                          140 North Phillips Avenue, 4th Floor
                                          PO Box 1400
                                          Sioux Falls, SD 57101-1400
                                          Telephone: (605) 335-4950
                                          mikeb@cutlerlawfirm.com
                                          abigalef@cutlerlawfirm.com
                                          *Attorneys for Plaintiffs*

4:22-cv-4037

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Deanna Branaugh and Molly Thayer

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael D. Bornitz
Cutler Law Firm, LLP
140 N. Phillips Ave., 4th Floor

## DEFENDANTS
Boliver Wittern and Derby Trucking, LLC

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Brief description of cause:
Personal Injury - Commercial Carrier Motor Vehicle Collision

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- **DEMAND $**
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: March 14, 2022
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____